UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIO CAMACHO,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:20-cv-00488-RCJ-WGC

**ORDER**

In this habeas corpus action, the petitioner, Mario Camacho, represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by May 10, 2021. *See* Order entered January 8, 2021 (ECF No. 22) (120 days to file second amended petition).

On May 3, 2021, Petitioner filed a motion for extension of time (ECF No. 25), requesting a 91-day extension of time, to August 9, 2021, to file his second amended petition. This would be the first extension of this deadline. Petitioner's counsel states in the motion that the extension of time is necessary because of travel restrictions resulting from the COVID-19 pandemic, which have hampered counsel's investigation. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 25) is **GRANTED**. Petitioner will have until and including August 9, 2021, to file his second amended petition for writ of habeas corpus.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 8, 2021 (ECF No. 22) will remain in effect.

DATED THIS 4th day of May, 2021.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE