UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO CAMACHO,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:20-cv-00488-RCJ-WGC<br><br>**ORDER** |

In this habeas corpus action, after a 120-day initial period and a 91-day extension of time, the petitioner, Mario Camacho, represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by August 9, 2021. *See* Order entered January 8, 2021 (ECF No. 22) (120 days to file second amended petition); Order entered May 4, 2021 (91-day extension).

On August 9, 2021, Petitioner filed a motion for extension of time (ECF No. 27), requesting a further 60-day extension of time, to October 8, 2021, to file his second amended petition. Petitioner's counsel states that the extension of time is necessary because of restrictions on visitation at Ely State Prison, resulting from the COVID-19 pandemic, which have delayed counsel's meeting with Petitioner regarding the second amended petition. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 27) is **GRANTED**. Petitioner will have until and including October 8, 2021, to file his second amended petition for writ of habeas corpus.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 8, 2021 (ECF No. 22) will remain in effect.

DATED THIS 7th day of September, 2021.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE