UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Mario Camacho,

    Petitioner,

    v.

William Gittere, *et al.*,

    Respondents.

Case No. 3:20-cv-00488-RCJ-WGC

**Order Granting Unopposed Motion for Extension of Time to File Second Amended Petition**

**(Fourth Request)**

Petitioner Mario Camacho asks this Court to enter an Order extending his deadline for filing his second amended § 2254 petition from December 7, 2021 by 30 days until January 6, 2022. Respondents do not oppose this request.

On August 26, 2020, Camacho filed a *pro se* 28 U.S.C. § 2254 Petition with this Court.[1] On October 20, 2020, this Court appointed the Federal Public Defender to represent Mario.[2] Undersigned counsel appeared on behalf of Camacho on November 17, 2020.[3] On December 12, 2020, Camacho filed a counseled First Amended § 2254 Petition based on his calculated AEDPA deadline.[4] Camacho concurrently filed a Motion for Leave to file a second amended petition to conduct further investigation into his claims.[5] On January 8, 2021, this Court granted Camacho's motion.[6]

Camacho's legal team has been diligently investigating his case. Camacho has previously filed extension motions due to obstacles with his investigation and meeting with his attorney at Ely State Prison. Camacho currently needs more time to receive, sign, and return a Declaration to his counsel. Accordingly, Camacho only seeks 30 days.

On November 24, 2021, counsel for Respondents, Deputy Attorney General Jaimie Stilz, indicated by email that Respondents do not oppose this request with the understanding that her lack of objection is not waiver of any procedural defenses or statute of limitations challenges or construed as agreeing with the accuracy of the representations made in this Motion.

---

[1] ECF No. 1-1; ECF No. 1-2.

[2] ECF No. 7.

[3] ECF No. 11.

[4] ECF No. 13.

[5] ECF No. 19.

[6] ECF No. 22 at 3.

This motion is not filed for the purpose of delay but in the interests of justice as well as in the interest of Camacho.

Dated November 30, 2021.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ron Y. Sung*
Ron Y. Sung
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: December 21, 2021.

3