UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO CAMACHO,<br><br> Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br> Respondents. | Case No. 3:20-cv-00488-RCJ-CSD<br><br>**ORDER** |

 In this habeas corpus action, the petitioner, Mario Camacho, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on January 11, 2022 (ECF No. 35). Respondents were due to respond to the second amended petition by March 14, 2022. *See* Order entered January 8, 2021 (ECF No. 22) (60 days for response).

 On March 14, 2022, Respondents filed a motion for extension of time (ECF No. 38), requesting a 45-day extension of time, to April 28, 2022. Respondents' counsel states that the extension of time is necessary because of personal medical/health issues. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

 **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 38) is **GRANTED**. Petitioner will have until and including April 28, 2022, to file a response to Petitioner's second amended petition for writ of habeas corpus.

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 8, 2021 (ECF No. 22) will remain in effect.

DATED THIS 25th day of March, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE