UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIO CAMACHO,

    Petitioner,

    v.

WILLIAM REUBART, *et al.*,

    Respondents.

Case No. 3:20-cv-00488-RCJ-CSD

**ORDER**

In this habeas corpus action, the petitioner, Mario Camacho, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on January 11, 2022 (ECF No. 35). After a 60-day initial period, a 45-day extension of time, and a 33-day extension of time, Respondents were due to respond to the second amended petition by May 31, 2022. *See* Order entered January 8, 2021 (ECF No. 22) (60 days for response); Order entered March 25, 2022 (ECF No. 39) (45-day extension); Order entered April 29, 2022 (ECF No. 41) (33-day extension).

On May 31, 2022, Respondents filed a motion for extension of time (ECF No. 42), requesting a further 30-day extension of time, to June 30, 2022. Respondents' counsel states that the extension of time is necessary because of her personal medical/health issues, and because responsibility for the representation of the respondents will be transferred to a different attorney. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 42) is **GRANTED**. Petitioner will have until and including **June 30, 2022**, to file a response to Petitioner's second amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 8, 2021 (ECF No. 22) will remain in effect.

DATED THIS 1st day of June, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

2