UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO CAMACHO,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM REUBART, *et al.*,<br><br>    Respondents. | Case No. 3:20-cv-00488-RCJ-CSD<br><br>**ORDER** |

In this habeas corpus action, Respondents were due to file their answer by January 3, 2023. *See* Order entered November 2, 2022 (ECF No. 66). On January 3, 2023, Respondents filed a motion for extension of time (ECF No. 67), requesting a 62-day extension of time, to March 6, 2023. Respondents' counsel states that the extension of time is necessary because of his obligations in another case. Respondents' counsel states that Petitioner Mario Camacho, who is represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 67) is **GRANTED**. Respondents will have until and including March 6, 2023, to file their answer.

///

///

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 8, 2021 (ECF No. 22) will remain in effect.

DATED THIS 5th day of January, 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE