UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO CAMACHO,<br><br>            Petitioner,<br><br>    v.<br><br>TERRY ROYAL, *et al.*,<br><br>            Respondents. | Case No. 3:20-cv-00488-ART-CSD<br><br>ORDER |

In this habeas corpus action, the petitioner, Mario Camacho, represented by appointed counsel, filed a third amended habeas petition on June 13, 2025. (ECF No. 82.) Respondents were to file an answer or other response to the third amended petition by August 12. (*See* ECF No. 81 (60 days for response).) On August 12, Respondents filed a motion for extension of time requesting a 65-day extension, to October 16. (ECF No. 83.) Respondents' counsel states that the extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Camacho does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 83) is granted. Respondents will have until and including October 16, 2025, to file an answer or other response to the third amended petition for writ

///
///
///
///
///

1

1  of habeas corpus. In all other respects, the schedule for further proceedings set
2  forth in the scheduling order entered June 6, 2025 (ECF No. 81) will remain in
3  effect.

    DATED THIS 18th day of August, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE