UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIO CAMACHO,

Petitioner,

v.

TERRY ROYAL, et al.,

Respondents.

Case No. 3:20-cv-00488-ART-CSD

EXTENSION ORDER

In this habeas matter, Respondents seek an additional 32 days to file an answer to the remaining grounds of the Third Amended Petition for a Writ of Habeas Corpus. ECF No. 93. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

I THEREFORE ORDER that Respondents' Unopposed Motion for Enlargement of Time to file the Answer to Remaining Claims in Third Amended Petition (Second Request) **[ECF No. 93] is GRANTED**. Respondents therefore have **through October 19, 2026**, to file an answer.

DATED THIS 15th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE